IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:17-cv-169 (WOB-CJS)

FARMERS MUTUAL INSURANCE
COMPANY OF MASON COUNTY                                   PLAINTIFF

VS.                             ORDER

STOVE BUILDER INTERNATIONAL, INC.
AND MENARD, INC.                                          DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 44) and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the above Report and Recommendation (Doc. 44) be, and is hereby, **ADOPTED**, and that defendants' motion for leave to file Third Amended Complaint (Doc. 31) be, and is hereby, **DENIED.**

This 21st day of March, 2019.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge